UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORDAN PENLAND, KARL GERNER, EDWARD R. BURKE, AND PAUL C. BURKE, | ) ) ) ) |
| Plaintiffs, | ) Judge John Robert Blakey ) ) |
| vs. | ) Case No. 1:21-cv-05581 ) |
| CHICAGO PARK DISTRICT, SOLDIER FIELD, AND ASM GLOBAL, | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION TO DISMISS FO FAILURE TO STATE A CLAIM**

Defendant SMG, erroneously named as ASM Global, and the Chicago Park District, by its undersigned attorneys, hereby moves the Court for an order dismissing Count Two of Plaintiff' Jordan Penland's, Karl Gerner's, Edward R. Burke's, and Paul C. Burke's ("Plaintiffs") Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for an order dismissing Count One of Plaintiffs' Complaint as against the Park District. The reasons for this Motion are set forth in Defendants' contemporaneously filed brief in support of this Motion.

4814-2781-6191.1

Date: October 27, 2021 Respectfully submitted,

/s/ Christopher Ward
Christopher Ward
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
312.832.4500
cward@foley.com
312.832.4500
312.832.4700 (facsimile)

*Attorneys for Defendants SMG d/b/a ASM Global and the Chicago Park District*

## **CERTIFICATE OF SERVICE**

I, Christopher Ward, an attorney, hereby certify that on October 27, 2021, I caused the foregoing MOTION TO DISMISS to be served on the following parties, by electronic mail and by First Class U.S. mail, postage prepaid, properly addressed to:

Mark A. Flessner
300 S. Wacker Drive, Suite 1500
Chicago, Illinois 60606
Mark.Flessner@sfbbg.com

                                                  /s/ Christopher Ward
                                                    Christopher Ward