# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JORDAN PENLAND, KARL GERNER, EDWARD R. BURKE, AND PAUL C. BURKE, | ) ) ) ) |
| Plaintiffs, | ) Judge John Robert Blakey ) |
| vs. | ) ) Case No. 1:21-cv-05581 |
| CHICAGO PARK DISTRICT, SOLDIER FIELD, and ASM GLOBAL, | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant SMG d/b/a ASM Global ("SMG") (erroneously named and served as "ASM Global"), and the Chicago Park District (simultaneously and erroneously named and served as "Soldier Field") (the "Park District"), by its undersigned attorneys, hereby move the Court for an order dismissing Count Two of Plaintiffs Jordan Penland's, Karl Gerner's, Edward R. Burke's, and Paul C. Burke's ("Plaintiffs") Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for an order dismissing Count One of Plaintiffs' Complaint as against the Park District with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). The reasons for this Motion are set forth in Defendants' contemporaneously filed brief in support of this Motion.

4888-3731-1756.1

Date: February 10, 2022　　　　　　　　　Respectfully submitted,

/s/ *John R. FitzGerald*
Christopher Ward
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
312.832.4500
cward@foley.com
312.832.4500
312.832.4700 (facsimile)

John FitzGerald
Foley & Lardner LLP
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306
jfitzgerald@foley.com
414.297.5079
414.297.4900 (facsimile)

*Attorneys for Defendants SMG d/b/a ASM Global and the Chicago Park District*

**CERTIFICATE OF SERVICE**

    I, John FitzGerald, an attorney, hereby certify that on February 10, 2022, I caused the foregoing MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM to be filed through the Court's CM/ECF system, which shall send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

/s/ *John R. FitzGerald*
John R. FitzGerald
