# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Jordan Penland, et al.
                              Plaintiff,

v.                                                                Case No.: 1:21−cv−05581
                                                                    Honorable Lindsay C. Jenkins

Chicago Park District, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant ASM Global's response to the motion to compel [109] is due by January 30, 2024. No replies are to be filed. The matter is set for an in−person status hearing on February 15, 2024 at 10:00 a.m. in Courtroom 2119. A hearing on the motion is set for February 7, 2024 at 9:30 a.m. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.