# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jordan Penland, et al.

                        Plaintiff,

v.                                                               Case No.: 1:21−cv−05581

                                                                            Honorable Lindsay C. Jenkins

Chicago Park District, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins:The Court's docket entry at [112] concerning Plaintiffs' motion to compel [109] was unclear about the date for a hearing on that motion. The February 7, 2024 hearing date [112] is stricken. A status hearing on Plaintiffs' motion to compel, as well as on Defendant ASM Global's recently filed motion to strike [119], is set for February 15, 2024 at 10:00 a.m. in Courtroom 2119. Plaintiffs' response to the motion to strike [119] should be filed by February 9, 2024. No replies are to be filed. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.