# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jordan Penland, et al.
                           Plaintiff,

v.                                          Case No.: 1:21−cv−05581
                                            Honorable Lindsay C. Jenkins

Chicago Park District, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 2, 2024:

    MINUTE entry before the Honorable Lindsay C. Jenkins: The parties' agreed motion [124] to extend the close of fact discovery to February 22, 2024 for the limited purpose of conducting Defendant ASM Global's 30(b)(6) deposition is granted. Fact discovery is extended to February 22, 2024 for the limited purpose of conducting the deposition of ASM Global's 30(b)(6) witness. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.