# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jordan Penland, et al.
                                     Plaintiff,

v.                                                                           Case No.: 1:21−cv−05581
                                                                           Honorable Lindsay C. Jenkins

Chicago Park District, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Motion hearing held. For the reasons stated in open Court, Plaintiffs' motion to compel Defendant ASM Global's response to interrogatories and request for production [109] is granted in part and denied in part. Defendant ASM Global's motion to strike Plaintiffs amended first set for requests for admission to Defendant ASM Global [119] is granted in part and denied in part. Plaintiffs' motion for discovery sanctions related to conduct during Defendant Chicago Park District's 30(b)(6) deposition [130] is entered and continued. The parties shall meet and confer regarding the sanctions motion; and response is due by March 1, 2024. No replies. Plaintiff's oral motion to extend discovery to March 29, 2024, is granted, though the extension is limited in the manner explained in open Court. By April 15, 2024, the parties shall disclose expert report(s). Expert depositions shall be completed by May 15, 2024. Expert discovery shall be completed by May 31, 2024. By May 29, 2024, the parties shall file a short status report that proposes a dispositive motion schedule. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.